IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

MARCUS LORENSON

           Plaintiff,

-vs-                                    Case No. 1:12-cv-856
                                          HON. Paul L. Maloney

AEGIS RECEIVABLES MANAGEMENT, INC.
           Defendant.

                                                 /

LAW OFFICES OF BRIAN P. PARKER, P.C.
BRIAN P. PARKER (P 48617)
Attorney for Plaintiff
30700 Telegraph Rd., Suite 1580
Bingham Farms, MI 48025
(248) 642-6268
(248) 642-8875 (FAX)
brianparker@collectionstopper.com

                                                 /

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

                At a session of said Court held in the
                Western District of Michigan
                on October 16, 2012

            PRESENT: HON.  PAUL L. MALONEY

Upon the reading and filing of the Notice of Voluntary Dismissal With Prejudice and Without Costs, the Court being otherwise advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED Defendant is hereby dismissed from this cause of action, with no costs or attorney fees to either party.

                                                  /s/  Paul L. Maloney
                                          UNITED STATES DISTRICT COURT JUDGE